UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

JOE NATHAN PYATT, JR.,

    Plaintiff,

vs.

FLORIDA INTERNATIONAL UNIVERSITY
POLICE DEPARTMENT, UNINCORPORATED
MIAMI-DADE

    Defendant.
_____/

## NOTICE OF REMOVAL

COMES NOW, the Defendant, FLORIDA INTERNATIONAL UNIVERSITY POLICE DEPARTMENT ("FIUPD"), by and through undersigned counsel, pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1446, removes this action from the 11th Judicial Circuit Court in and for Miami-Dade County, State of Florida, and states:

1. This is a purported civil rights action arising from alleged violations of 42 U.S.C. § 1983 and the Florida Civil Rights Act ("FCRA"), Fla. Stat. § 760.01, *et seq.*

2. Pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1343(a)(3), this Court has original jurisdiction over this action, as it presents a "federal question" and seeks to redress alleged deprivations of the Plaintiff's constitutional rights.

3. Consistent with 28 U.S.C. § 1441 and § 1443, this action is removable to this Court.

4. Copies of the initial Complaint, the Amended Complaint, and all available docket entries from the state court case are attached to the Notice as Exhibit "A", in accordance with 28 U.S.C. § 1446(a).

5. Specifically, Plaintiff initially filed a Complaint on December 2, 2019, in the 11th Judicial Circuit Court for Miami-Dade County, Florida. The summons for the Complaint was served on FIUPD on January 9, 2020. Plaintiff also filed an Amended Complaint on January 14, 2020. A return of non-service was filed on January 14, 2020 to unincorporated City of Miami / Miami-Dade County. *See attached* Exhibit "B" – state court docket. Therefore, removal is timely under 28 U.S.C. § 1446.

6. Defendant has filed a notice of removal with the clerk of the state court, in accordance with 28 U.S.C. § 1446(d).

I HEREBY CERTIFY that on this 6th day of February, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.  Service on *Pro Se* Plaintiff via US Mail and e-mail transmission per the attached service list.

        MARRERO & WYDLER
        *Attorneys for Defendant, Florida International*
        *University Police Department*
        2600 Douglas Road, PH-4
        Coral Gables, FL 33134
        (305) 446-5528
        (305) 446-0995 (fax)

        BY  /s/  Lourdes Espino Wydler
          OSCAR E. MARRERO
          F.B.N.: 372714
          oem@marrerolegal.com
          LOURDES E. WYDLER
          F.B.N.: 719811
          lew@marrerolegal.com

*Pyatt, Jr. v. FIU Police Department, et al.*
*Page 3 of 3*

## SERVICE LIST

*Pro Se Plaintiff*:
Joe Nathan Pyatt, Jr.
820 85th Street, Apt. 4
Miami Beach, FL 33141
(786) 465-7242
Jpyat001@fiu.edu