☐ EN LA CORTE DE CIRCUITO DEL UNDECIMO CIRCUITO JUDICIAL EN Y PARA EL CONDADO DE MIAMI-DADE, LA FLORIDA.
☐ EN EL TRIBUNAL DEL CONDADO EN Y PARA EL CONDADO MIAMI-DADE, LA FLORIDA.

| DIVISION | EMPLAZAMIENTO DE ACCION CIVIL (b) NOTIFICACION PERSONAL A PERSONA NATURAL | NUMERO DE CASO |
|---|---|---|
| ☐ CIVIL ☐ OTRA | | |

| DEMANDANTE(S) | VS.  DEMANDADO(S) | HORA |
|---|---|---|
| | | |

| A Demandado(s): | Direccion: |
|---|---|
| | |

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal (Legal Aid Office) o un servicio de referencia de abogados (Attorney Referral Service) que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar en la mano una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante) y presentar su contestacion a la demanda al Secretario del Juzgado. La ubicacion central de la Oficina del Secretario esta en el edificio de la Corte del Condado de Dade. La direccion de la Corte, y de las sucursales aparecen en la lista siguiente para su conveniencia.

### LOCALIDAD DE LOS TRIBUNALES DEL CONDADO DE DADE

☐ Dade County Courthouse (05)
Room 133
73 West Flagler Street
Miami, Florida 33130

☐ Joseph Caleb Center (20)
Room 103
5400 NW 22 Avenue
Miami, Florida 33142

☐ North Dade Justice Center (23)
Room 100
15555 Biscayne Blvd.
North Miami Beach, Florida 33160

☐ Hialeah District (21)
Room 100
11 East 6th Street
Hialeah, Florida 33010

☐ Miami Beach District Court (24)
Room 200
1130 Washington Avenue
Miami Beach, Florida 33139

☐ Coral Gables District Court (25)
Room 100
3100 Ponce De Leon Blvd.
Coral Gables, Florida 33134

☐ South Dade Justice Center (26)
Room 1200
10710 SW 211 Street
Miami, Florida 33169

| Demandante o Abogado del Demandante | Direccion: |
|---|---|
| Numero del Colegio de Abogados: | |

EL ESTADO DE LA FLORIDA: A cada alguacil del Estado: Se le ordena que hagen entrega de esta notificacion y una copia de la demanda en este pleito al demandado(s) mencionada arriba.

| HARVEY RUVIN Secretario del Tribunal del Condado | POR: _____ Como Secretario Adjunto |
|---|---|

## Ley para Estadounidenses con Incapacidades

"Si usted es una persona minusválida que necesita hacer arreglos para poder participar en este proceso, usted tiene derecho, sin gasto alguno, a que se le provea cierta ayuda. Por favor póngase en contacto con el Coordinador de ADA en el Onceavo Distrito Judicial  ubicado en el Lawson E. Thomas Courthouse Center, 175 NW 1st Ave, Sala 2702, Miami Fl 33128, Teléfonos (305)349-7175; TDD (305) 349-7174, Fax (305) 349-7355 por lo menos 7  días antes de la cita fijada para su comparecencia en los tribunales; o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711."

CLK/CT. 070 Rev. 11/11

**EXHIBIT
A**

Clerk's web address: www.miami-dadeclerk.com

IN THE CIRCUIT/COUNTY COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

| DIVISION<br>CIVIL | APPLICATION FOR DETERMINATION OF CIVIL<br>INDIGENT STATUS | CASE NUMBER<br>19-34947CA13 |
| --- | --- | --- |

Joe Nathan Pyatt Jr
Plaintiff/Petitioner or in the Interest Of

VS.

Florida International Univ. Police Dep / City of Miami
Defendant/Respondent

**Notice to Applicant:** If you qualify for Civil Indigence you must enroll in the Clerk's Office payment plan and pay a one-time administrative fee of $25.00. This fee shall not be charged for Dependency or Chapter 39 Termination of Parental Rights actions.

1. I have ___0___ dependents. (Include only those persons you list on your U.S. income tax return.) Are you married? ☐ Yes ☐ No
   Does your Spouse Work? ☐ Yes ☐ No   Annual Spouse Income? $ _____

2. I have a net income of $___0___ paid ☐ weekly ☐ bi-weekly ☐ semi-monthly ☐ monthly ☐ yearly ☑ Other _____
   (Net income is your total income including salary, wages, bonuses, commissions, allowances, overtime, tips and similar payments, minus deductions required by law and other court ordered payments, such as child support.)

3. I have other income paid ☐ weekly ☐ bi-weekly ☐ semi-monthly ☐ monthly ☐ yearly ☐ Other (Circle "Yes" and fill in the amount if you have this kind of income, otherwise circle "No")

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| Second Jobs | Yes $ 0 **No** | Veterans' Benefit | Yes $ 0 **No** | Other kinds of | |
| Social Security Benefits | | Workers' Compensation | Yes $ 0 **No** | income not on the list | Yes $ 0 **No** |
| For you | Yes $ 0 **No** | Income from absent | | Gifts | Yes $ 0 **No** |
| For child(ren) | Yes $ 0 **No** | family member/s | Yes $ 0 **No** | Trusts | Yes $ 0 **No** |
| Unemployment Compensation | Yes $ 0 **No** | Stock/Bonds | Yes $ 0 **No** | | |
| Union Payments | Yes $ 0 **No** | Rental Income | Yes $ 0 **No** | | |
| Retirement/Pensions | Yes $ 0 **No** | Dividends or Interest | Yes $ 0 **No** | | |

I understand that I will be required to make payments for fees and costs to the clerk in accordance with s. 57.082(5), Florida Statutes, as provided by law, although I may agree to pay more if I choose to do so.

4. I have other assets: (Circle "yes" and fill in the value of the property, otherwise circle "No")

| | | | |
| --- | --- | --- | --- |
| Cash | **Yes** $ 20 No | Savings Account | Yes $ 0 **No** |
| Bank Account(s) | Yes $ 0 **No** | Stocks/Bonds | Yes $ 0 **No** |
| Certificates of Deposit or | | Homestead Real Property* | Yes $ 0 **No** |
| Money Market Accounts | Yes $ 0 **No** | Motor Vehicle* | Yes $ 0 **No** |
| Boats* | Yes $ 0 **No** | Non-Homestead Real Property/Real Estate* | Yes $ 0 **No** |

* Show loans on these assets in paragraph 5.

Check one: I ☐ DO or ☑ DO NOT expects to receive more assets in the near future. The assets are/is _____

5. My total liabilities and debts are as follows:
   Motor Vehicle $ 0 , Home $ 0 , Other Real Property $ 0 , Child Support (paid directly) $ 0
   Credit Cards $ 0 , Medical Bills $ 0 , Cost of Medicines (monthly) $ 0 , Other $ 70,000 .

6. I have a private lawyer in this case ☐ Yes ☑ No

A person who knowingly provides false information to the Clerk or the Court in seeking a determination of indigent status under s. 57.082, F.S., commits a misdemeanor of the first degree, punishable as provided in s. 775.082, F.S. or 775.083, F.S. I attest that the information I provided on this application is true and accurate to the best of my knowledge.

Signed this ___ day of December, 2019

Signature of Applicant for Indigent Status

Date of Birth 4-14-88

Driver's license or ID number P300-434-88-134-0

Print Full Legal Name: Joe Nathan Pyatt Jr

Address: 800 85th St Apt H

City, State, Zip Code: Miami Beach, FL, 33141

Phone Number: (305) 244-6703

**CLERK'S DETERMINATION**

Based on the information in this Application, I have determined the applicant to be ☑ Indigent ☐ Not indigent, according to s. 57.082, F.S.
___ this ___ day of DEC 02 2019, 20___

Clerk of the Circuit Court

This form was completed with the assistance of: _____

Clerk/Deputy Clerk/Other authorized person

APPLICANTS FOUND NOT TO BE INDIGENT MAY SEEK REVIEW BY A JUDGE BY ASKING FOR A HEARING.
THERE IS NO FEE FOR THIS REVIEW.
Sign here if you want the Judge to review the clerk's decision of not indigent. _____

CLK/CT. 480 Created 10/16

Clerk's web address: www.miami-dadeclerk.com

## IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT
### IN AND FOR MIAMI-DADE COUNTY, FLORIDA.
#### CASE NO:_____

Joe Nathan Pyatt Jr,

Plaintiff,

v.

Florida International University Police Department,

Unincorporated City of Miami/Miami-Dade County

Defendant(s).

_____/

FILED PER
PLAINTIFF'S REQUEST

19-34947 CA 13

401
ISS-2

## COMPLAINT

COMES NOW, the Plaintiff, JOE PYATT ("Plaintiff"), proceeding Pro Se, files this Complaint against Defendant, Florida International University Police Department. ("Defendant"), and states as follows:

### JURISDICTION AND VENUE

1. This action seeks damages in excess of $100,000.00, as a result of Defendant's False Arrest against Plaintiff in violation of the Florida Civil Rights Act of 1871 42 U.S. Code § 1983 – Civil Action for Deprivation of Rights, *et. seq.*, Florida Statutes ("FCRA").

2. The jurisdiction of the Court over this controversy is based upon 28 U.S.C.A. § 1343(3) (1948) & 28 U.S.C.A. § 1331 (1948).

3. Plaintiff was at all times relevant to this action, and continues to be, a resident of Miami- Dade County, Florida, within the jurisdiction of this Honorable Court.

4. Plaintiff is an alumnus of Florida International University.

5. Defendant, Florida International University Police Department, having its main place of business in Miami-Dade County, Florida, where Plaintiff was arrested.

1

6.  Plaintiff alleges causes of action for False Arrest in violation of the FCRA and the Fourteenth Amendment of The Constitution.

7.  Venue is proper in Miami-Dade County because all of the actions that form the basis of this Complaint occurred within Miami-Dade County and false arrest took place in Miami-Dade County.

### FACTUAL ALLEGATIONS COMMON TO ALL COUNTS

8.  Plaintiff was given a trespass warning in December, 2018 after being found sleeping during open business hours in the FIU green library Sunday morning.

9.  Plaintiff was told to return to the FIUPD in January to lift trespass warning.

10. Plaintiff retuned to FIUPD in January 3RD, 2019 and was arrested without probable cause by Police Officer for resisting arrest without violence

11. Plaintiff returned to FIUPD the week after prior arrest and was met by a group of officers whom advised Plaintiff to set up a call with the Chief of Police and left thereafter without incident.

12. Plaintiff Spoke with FIUPD Chief of Police extensively and was assured that if Plaintiff got accepted into the FIU graduate program that the FIUPD Chief of Police would lift the trespass. The Chief of Police directed Plaintiff to follow the same procedure as advised in the trespass warning for policy on how to enter the campus.

13. Plaintiff followed policy by obtaining an escort to be able to enter campus in February, 2019 for the purposes of meeting with FIU business graduate advisor. Plaintiff left without incident.

14. FIU Police Sergeant told Plaintiff not to come back

15. Plaintiff returned to FIUPD in March, 2019 to retrieve property kept from previous arrest and to attend Public Speaking Seminar.

16. Plaintiff was met by agitated FIUPD Sergeant and was told "Didn't I tell you not to come back?".

17. Sergeant wrongly accused Plaintiff by stating "Aren't you suspended? You're not allowed to be on campus. You were involved in a stabbing". Plaintiff was advised by sergeant to take a seat at which point thereafter Plaintiff was arrested again without probable cause.

2

18. Plaintiff was profiled by arresting officer in October, 2016 and charged with Assault with a deadly weapon, Charge 1.

19. Plaintiff and roommate called police to report Donnavin Bulgin in plaintiff's dorm room that led into a physical altercation in the fall of 2016.

20. Plaintiff walked over to University Apartments office to report incident and saw Donnavin Bulgin in the lobby.

21. Plaintiff waited for police to arrive and was detained without being asked any questions.

22. Plaintiff was suspended thereafter for year by Florida International University.

23. Donnavin Bulgin, the alleged victim, attacked another student and ran from Florida International University Police on campus after Plaintiff was arrested and suspended.

24. Plaintiff was working full time at an engineering firm, WSP USA, and was set to graduate in the fall of 2016.

25. Donnavin Bulgin was not living on campus in the fall semester of 2016.

26. Plaintiff has had all charges dropped against him.

3

<u>COUNT I</u>

*False Arrest*

*IN VIOLATION OF THE FLORIDA CIVIL RIGHTS ACT*

27. Plaintiff re-adopts each and every factual allegation as stated in paragraphs 1-26 of this complaint as if set out in full herein.

28. Defendant violated 42 U.S. Code 1983 – Civil action for deprivation of right which states " Every person who under color of any statue, ordinance, regulation, custom, or usage, of any state or territory causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress.

29. The Defendant acted willfully under the color of law

30. The Defendant intended to confine the plaintiff without the plaintiff's consent and without authority of law.

31. The Defendant's act caused the Plaintiff's confinement in the arrest Charge of 1 & 2.

32. The Plaintiff was aware of his/her own confinement.

33. The Plaintiff was acting under the direct orders of the FIU Police Department with how to proceed in coming to the campus by first entering the FIUPD Front lobby.

34. The Plaintiff entered the FIUPD front lobby to lift the trespass warning as instructed by FIUPD in January 2nd, 2019 and was approached by a police officer after his tone of voice was slightly elevated when speaking with the front receptionist and was approached by an officer and within seconds was arrested for Resisting Arrest Without Violence, Charge 2.

35. The Plaintiff entered the FIUPD front lobby again on March 8th, 2019 following the same protocol in an attempt to retrieve his property and was instructed by the FIUPD Sergeant to sit down then after approximately 15 mins was arrested for disorderly conduct and trespass after warning, Charge 2.

36. The Defendant did not have probable cause to detain and arrest the Plaintiff in Charge 2, the arrest of Resisting Without Violence, and Charge 3, Disorderly Conduct and Trespass After Warning.

4

37. Moreover, as a further result of the Defendant unlawful false arrest conduct, the Plaintiff has been compelled to file this action.

38. The aforementioned actions of Defendant were done wantonly, willfully, maliciously, and with reckless disregard of the consequences of such actions.

## **PRAYER FOR RELIEF**

**WHEREFORE,** the Plaintiff respectfully requests that this Honorable Court enter judgment against the Defendant; find that the Defendant indeed violated the Florida Civil Rights Act, and in addition, order the following additional relief:

A. Declare that the acts complained of herein are in violation of the Florida Civil Rights Act and the Fourteenth Amendment;

B. Award PLAINTIFF compensatory for emotional distress, embarrassment and humiliation;

C. Order DEFENDANT to make PLAINTIFF whole, by compensating PLAINTIFF

D. for lost wages, benefits, and opportunity.

E. Award any other compensation allowed by law including punitive damages (448.104);

F. Grant PLAINTIFF'S $7,700 for each hour Plaintiff was in custody for each arrest;

G. Grant PLAINTIFF a trial by jury; and

H. Grant such other and further relief as the Court deems just and proper.

I. Grant Plaintiff $52,560 for violating state rights per each arrest.

5

## COUNT II

### False Imprisonment

### *IN VIOLATION OF THE FLORIDA CIVIL*
### *RIGHTS ACT*

37. Plaintiff re-adopts each and every factual allegation as stated in 1 through 26 of this complaint as if set out in full herein.

38. Defendant violated 42 U.S. Code 1983 – Civil action for deprivation of right which states " Every person who under color of any statue, ordinance, regulation, custom, or usage, of any state or territory causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress.

39. The Defendant acted willfully under the color of law

40. The detention was without consent by the Defendants; and

41. The detention was unlawful.

42. Plaintiff was falsely imprisoned in 2019 for all arrest.

### PRAYER FOR RELIEF

**WHEREFORE,** the Plaintiff respectfully requests that this Honorable Court enter judgment against the Defendant; find that the Defendant indeed violated the Civil Rights Act, and in addition, order the following additional relief:

J. Declare that the acts complained of herein are in violation of the Florida Civil Rights Act;

K. Award PLAINTIFF compensatory for emotional distress, embarrassment and humiliation;

L. for lost benefits, opportunity and career lost.

M. Award any other compensation allowed by law including punitive damages (448.104);

N. Grant PLAINTIFF'S $7,700 for each hour Plaintiff was in custody for each arrest in 2019;

6

O.  Grant PLAINTIFF a trial by jury; and

P.  Grant such other and further relief as the Court deems just and proper.

Q.  Award any other compensation allowed by law including punitive damages

R.  Grant PLAINTIFF'S costs of this action, including reasonable attorney's fees;

S.  Grant PLAINTIFF a trial by jury; and

T.  Grant such other and further relief as the Court deems just and proper.

## COUNT III

### Malicious Prosecution

### *IN VIOLATION OF THE FLORIDA CIVIL RIGHTS ACT*

31. Plaintiff re-adopts each and every factual allegation as stated in 1 through 26 of this complaint as if set out in full herein.

32. Plaintiff was targeted by officers because of incidents that have occurred in 2016.

33. The actions unlawfully committed by the Defendant in 2019 was the continuation of an original criminal judicial proceeding from 2016.

34. This is a legal causation by the present Defendant against the Plaintiff who was the Defendant in the original proceeding.

35. The bona fide termination of all charges were dropped in favor of the Plaintiff.

36. There was an absence of probable cause for such proceedings against the Plaintiff.

37. The Police officers had malice towards the Plaintiff that originated from the original arrest of 2016.

38. The Plaintiff has suffered extreme trauma from the ordeal as well as a permanent tarnished reputation in his respective field of civil engineering.

7

## PRAYER FOR RELIEF

**WHEREFORE,** the Plaintiff respectfully requests that this Honorable Court enter judgment against the Defendant; find that the Defendant indeed violated the Civil Rights Act, and in addition, order the following additional relief:

P. Declare that the acts complained of herein are in violation of the Florida Civil Rights Act;

Q. Award PLAINTIFF compensatory for emotional distress, embarrassment and humiliation;

R. Grant $100,000 to the Plaintiff.

S. Award any other compensation allowed by law including punitive damages (448.104);

## COUNT IV
### Negligence
### *IN VIOLATION OF THE FLORIDA CIVIL*
### *RIGHTS ACT*

43. Plaintiff re-adopts each and every factual allegation as stated in 1 through 26 of this complaint as if set out in full herein.

44. Plaintiff was neglected by arresting officer in 2016 by not being asked any questions which violated FIUPD protocol.

45. The Plaintiff was again neglected by the proper authority by the inaction of checking the FIU Green Library 1st floor lobby which led to locking him inside without his knowing.

46. The Defendant owed a legal duty to the plaintiff under the circumstances of not allowing anyone to be inside the FIU Green Library after hours.

47. The defendant breached that legal duty by acting or failing to act in a certain way which led to the Plaintiff receiving a trespass warning.

8

48. It was the defendant's actions (or inaction) that actually caused the plaintiff's injury. That is, the series of events that would unfold as a result of the Plaintiff trying to lift the trespass warning as instructed by the FIUPD.

49. The Plaintiff was harmed or injured as a result of the Defendant's actions.

## **PRAYER FOR RELIEF**

**WHEREFORE**, the Plaintiff respectfully requests that this Honorable Court enter judgment against the Defendant; find that the Defendant indeed violated the Civil Rights Act, and in addition, order the following additional relief:

T.  Declare that the acts complained of herein are in violation of FIU's own policy;

U.  Award PLAINTIFF compensatory for emotional distress, embarrassment and humiliation

V.  Grant PLAINTIFF a trial by jury; and

W.  Grant such other and further relief as the Court deems just and proper.

X.  Grant Plaintiff $5,000 for violating police protocol when arresting American citizen.

Y.  Grant Plaintiff $10,000 for the negligence of the police officers' action in 2016 that led to arrest.

9

## JURY DEMAND

Plaintiff demands trial by jury of all issues triable as of right by jury.

Dated  12-2-19

Respectfully submitted,

Joe Nathan Pyatt Jr
820 85ᵗʰ st apt 4 Miami Beach,
Fl 33141
Jpyat001@fiu.edu
Telephone: (786) 465-7242

10

IN THE CIRCUIT/COUNTY COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

| DIVISION CIVIL | APPLICATION FOR DETERMINATION OF CIVIL INDIGENT STATUS | CASE NUMBER 19-34947 CA13 |
|---|---|---|

Plaintiff/Petitioner or In the Interest Of _Joe Nathan Pyatt Jr_ VS. Defendant/Respondent _Florida International Univ. Police Dep/City of Mia..._

Notice to Applicant: If you qualify for Civil Indigence you must enroll in the Clerk's Office payment plan and pay a one-time administrative fee of $25.00. This fee shall not be charged for Dependency or Chapter 39 Termination of Parental Rights actions.

1. I have _0_ dependents. (Include only those persons you list on your U.S. Income tax return.) Are you married? ☐ Yes ☐ No
   Does your Spouse Work? ☐ Yes ☐ No  Annual Spouse Income? $ _____

2. I have a net income of $ _0_ paid ☐ weekly ☐ bi-weekly ☐ semi-monthly ☐ monthly ☐ yearly ☐ Other ___
   (Net income is your total income including salary, wages, bonuses, commissions, allowances, overtime, tips and similar payments, minus deductions required by law and other court ordered payments, such as child support.)

3. I have other income paid ☐ weekly ☐ bi-weekly ☐ semi-monthly ☐ monthly ☐ yearly ☐ Other (Circle "Yes" and fill in the amount if you have this kind of income, otherwise circle "No")

| | | | | | | |
|---|---|---|---|---|---|---|
| Second Jobs | Yes $ _0_ (No) | Veterans' Benefit | Yes $ _0_ (No) | Other kinds of income not on the list | Yes $ _0_ (No) | |
| Social Security Benefits | | Workers' Compensation | Yes $ _0_ (No) | Gifts | Yes $ _0_ (No) | |
| For you | Yes $ _0_ (No) | Income from absent family member/s | Yes $ _0_ No | Trusts | Yes $ _0_ (No) | |
| For child(ren) | Yes $ _0_ No | | | | | |
| Unemployment Compensation | Yes $ _0_ (No) | Stock/Bonds | Yes $ _0_ No | | | |
| Union Payments | Yes $ _0_ (No) | Rental Income | Yes $ _0_ No | | | |
| Retirement/Pensions | Yes $ _0_ No | Dividends or Interest | Yes $ _0_ No | | | |

I understand that I will be required to make payments for fees and costs to the clerk in accordance with s. 57.082(5), Florida Statutes, as provided by law, although I may agree to pay more if I choose to do so.

4. I have other assets: (Circle "yes" and fill in the value of the property, otherwise circle "No")

| | | | | |
|---|---|---|---|---|
| Cash | (Yes) $ _20_ (No) | Savings Account | Yes $ _0_ (No) | |
| Bank Account(s) | Yes $ _0_ (No) | Stocks/Bonds. | Yes $ _0_ (No) | |
| Certificates of Deposit or Money Market Accounts | Yes $ _0_ (No) | Homestead Real Property* | Yes $ _0_ (No) | |
| | | Motor Vehicle* | Yes $ _0_ No | |
| Boats* | Yes $ _0_ No | Non-Homestead Real Property/Real Estate* | Yes $ _0_ No | |

* Show loans on these assets in paragraph 5.

Check one! I ☐ DO or ☑ DO NOT expects to receive more assets in the near future. The assets are/is _____

5. My total liabilities and debts are as follows:
   Motor Vehicle $ _0_ , Home $ _0_ , Other Real Property $ _0_ , Child Support (paid directly) $ _0_
   Credit Cards $ _0_ , Medical Bills $ _0_ , Cost of Medicines (monthly) $ _0_ , Other $ _70,000_
   Total $ _70,000_

6. I have a private lawyer in this case ☐ Yes ☑ No

A person who knowingly provides false information to the Clerk or the Court in seeking a determination of indigent status under s. 57.082, F.S., commits a misdemeanor of the first degree, punishable as provided in s. 775.082, F.S. or 775.083, F.S. I attest that the information I have provided on this application is true and accurate to the best of my knowledge.

Signed this _3_ day of _December_ , 20 _19_.

Signature of Applicant for Indigent Status _____

Date of Birth _4-14-88_

Print Full Legal Name: _Joe Nathan Pyatt Jr_

Driver's license or ID number _P 300-434-88-134-0_

Address: _840 85th St Apt 4_

City, State, Zip Code: _Miami Beach, FL, 33141_

Phone Number: _(705) 244-6703_

**CLERK'S DETERMINATION**

Based on the information in this Application, I have determined the applicant to be ☑ Indigent ☐ Not Indigent, according to s. 57.082, F.S.

Dated this _____ day of **DEC 0 2 2019** , 20 _____.

Clerk of the Circuit Court

Clerk/Deputy Clerk/Other authorized person

This form was completed with the assistance of: _____

APPLICANTS FOUND NOT TO BE INDIGENT MAY SEEK REVIEW BY A JUDGE BY ASKING FOR A HEARING TIME. THERE IS NO FEE FOR THIS REVIEW.

Sign here if you want the Judge to review the clerk's decision of not Indigent. _____

IN THE CIRCUIT/COUNTY COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

| DIVISION<br><br>CIVIL | APPLICATION FOR DETERMINATION OF CIVIL<br>INDIGENT STATUS | CASE NUMBER<br>19-34947 CA 13 |
|---|---|---|

_Joe Nathan Pyatt Jr_      VS.    _Florida International Univ. Police Dep/City of Miam_
Plaintiff/Petitioner or In the Interest Of     Defendant/Respondent

Notice to Applicant: If you qualify for Civil Indigence you must enroll in the Clerk's Office payment plan and pay a one-time administrative fee of $25.00. This fee shall not be charged for Dependency or Chapter 39 Termination of Parental Rights actions.

1. I have _O_ dependents. (Include only those persons you list on your U.S. income tax return.) Are you married? ☐ Yes ☐ No
Does your Spouse Work? ☐ Yes ☐ No   Annual Spouse Income? $ _____

2. I have a net income of $ _O_ paid ☐ weekly ☐ bi-weekly ☐ semi-monthly ☐ monthly ☐ yearly ☐ Other
(Net income is your total income including salary, wages, bonuses, commissions, allowances, overtime, tips and similar payments, minus deductions required by law and other court ordered payments, such as child support.)

3. I have other income paid ☐ weekly ☐ bi-weekly ☐ semi-monthly ☐ monthly ☐ yearly ☐ Other (Circle "Yes" and fill in the amount if you have this kind of income, otherwise circle "No")

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Second Jobs | Yes $ _O_ | (No) | Veterans' Benefit | Yes $ _O_ | (No) | Other kinds of | |
| Social Security Benefits | | | Workers' Compensation | Yes $ _O_ | (No) | income not on the list | Yes $ _O_ (No) |
|   For you | Yes $ _O_ | (No) | Income from absent | | | Gifts | Yes $ _O_ (No) |
|   For child(ren) | Yes $ _O_ | No | family member | Yes $ _O_ | No | Trusts | Yes $ _O_ (No) |
| Unemployment Compensation | Yes $ _O_ | (No) | Stock/Bonds | Yes $ _O_ | No | | |
| Union Payments | Yes $ _O_ | No | Rental Income | Yes $ _O_ | No | | |
| Retirement/Pensions | Yes $ _O_ | No | Dividends or Interest | Yes $ _O_ | No | | |

I understand that I will be required to make payments for fees and costs to the clerk in accordance with s. 57.082(5), Florida Statutes, as provided by law, although I may agree to pay more if I choose to do so.

4. I have other assets: (Circle "yes" and fill in the value of the property, otherwise circle "No")

| | | | |
|---|---|---|---|
| Cash | (Yes) $ _20_ (No) | Savings Account | Yes $ _O_ (No) |
| Bank Account(s) | Yes $ _O_ (No) | Stocks/Bonds. | Yes $ _O_ (No) |
| Certificates of Deposit or<br>Money Market Accounts | Yes $ _O_ (No) | Homestead Real Property* | Yes $ _O_ (No) |
| | | Motor Vehicle* | Yes $ _O_ (No) |
| Boats* | Yes $ _O_ No | Non-Homestead Real Property/Real Estate* | Yes $ _O_ (No) |

* Show loans on these assets in paragraph 5.

Check one: I ☐ DO or ☑ DO NOT expects to receive more assets in the near future. The assets are/is _____

5. My total liabilities and debts are as follows:
Motor Vehicle $ _O_ , Home $ _O_ , Other Real Property $ _O_ , Child Support (paid directly) $ _O_
Credit Cards $ _O_ , Medical Bills $ _O_ , Cost of Medicines (monthly) $ _O_ , Other $ _70,000_
Total $ _70,000_

6. I have a private lawyer in this case ☐ Yes ☑ No

A person who knowingly provides false information to the Clerk or the Court in seeking a determination of indigent status under s. 57.082, F.S., commits a misdemeanor of the first degree, punishable as provided in s. 775.082, F.S. or 775.083, F.S. I attest that the information I have provided on this application is true and accurate to the best of my knowledge.

Signed this _2_ day of _December_ , 20_19_     _signature_
                                Signature of Applicant for Indigent Status

Date of Birth _4-14-88_        Print Full Legal Name: _Joe Nathan Pyatt Jr_
                                Address: _800 85th St Apt 4_
Driver's license or ID number _P300-434-88-134-0_
                                City, State, Zip Code: _Miami Beach, FL, 33141_
                                Phone Number: _(305) 244-6708_

**CLERK'S DETERMINATION**

Based on the information in this Application, I have determined the applicant to be ☐ Indigent ☐ Not Indigent, according to s. 57.082, F.S.
Dated this _____ day of _DEC 0 2 2019_ , 20_____

                                   Clerk of the Circuit Court

This form was completed with the assistance of: _____
                                   Clerk/Deputy Clerk/Other authorized person

APPLICANTS FOUND NOT TO BE INDIGENT MAY SEEK REVIEW BY A JUDGE BY ASKING FOR A HEARING TIME.
THERE IS NO FEE FOR THIS REVIEW.
Sign here if you want the Judge to review the clerk's decision of not Indigent. _____

CLK/CT. 480 Created 10/16                                    Clerk's web address: www.miami-dadeclerk.com

☑ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.
☐ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.

| DIVISION | CIVIL COVER SHEET | CASE NUMBER |
|---|---|---|
| ☑ CIVIL <br> ☐ DISTRICTS <br> ☐ FAMILY <br> ☐ OTHER | | 19-34947 CA 13 |

| PLAINTIFF | VS. DEFENDANT | CLOCK IN |
|---|---|---|
| Joe Nathan Pyett JR. | Florida International University Police Department Unincorporated City of Miami/ Miami-Dade County | |

The civil cover sheet and the information contained here does not replace the filing and service of pleadings or other papers as required by law. This form is required by the Clerk of Court for the purpose of reporting judicial workload data pursuant to Florida Statute 25.075. See instructions and definitions on reverse of this form.

**TYPE OF CASE** (If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x in both the main category and subcategory boxes.

☐ 001 - Eminent Domain
☐ 003 - Contracts and Indebtedness
☐ 010 - Auto Negligence
☐ 022 - Products Liability
☐ 023 - Condominium
☐ **Negligence - Other**
  ☐ 097 - Business Governance
  ☐ 098 - Business Torts
  ☐ 099 - Environmental/Toxin Tort
  ☐ 100 - Third Party Indemnification
  ☐ 101 - Construction Defect
  ☐ 102 - Mass Tort
  ☐ 103 - Negligent Security
  ☐ 104 - Nursing Home Negligence
  ☐ 105 - Premises Liability - Commercial
  ☐ 106 - Premises Liability - Residential
  ☒ 107 - Negligence - Other
☐ **Real Property/Mortgage Foreclosure**
  ☐ 108 - Commercial Foreclosure $0 - $50,000
  ☐ 109 - Commercial Foreclosure $50,001 - $249,999
  ☐ 110 - Commercial Foreclosure $250,000 - or more
  ☐ 111 - Homestead Residential Foreclosure $0 - $50,000
  ☐ 112 - Homestead Residential Foreclosure $50,001 - $249,999
  ☐ 113 - Homestead Residential Foreclosure $250,000 or more
  ☐ 114 - Non-Homestead Residential Foreclosure $0 - $50,000
  ☐ 115 - Non-Homestead Residential Foreclosure $50,001 - $249,999
  ☐ 116 - Non-Homestead Residential Foreclosure $250,000 or more
  ☐ 117 - Other Real Property Actions $0 - $50,000
  ☐ 118 - Other Real Property Actions $50,001 - $249,999

☐ 119 - Other Real Property Actions $250,000 or more
☐ **Professional Malpractice**
  ☐ 094 - Malpractice - Business
  ☐ 095 - Malpractice - Medical
  ☐ 096 - Malpractice - Other professional
☐ **Other**
  ☐ 120 - Antitrust/Trade Regulation
  ☐ 121 - Business Transactions
  ☐ 122 - Constitutional Challenge - Statute or Ordinance
  ☐ 123 - Constitutional Challenge - Proposed amendment
  ☐ 124 - Corporate Trust
  ☐ 125 - Discrimination - Employment or Other
  ☐ 126 - Insurance Claims
  ☐ 127 - Intellectual Property
  ☐ 128 - Libel/Slander
  ☐ 129 - Shareholder Derivative Action
  ☐ 130 - Securities Litigation
  ☐ 131 - Trade Secrets
  ☐ 132 - Trust Litigation
☐ **133 - Other Civil Complaint**
  ☐ 009 - Bond Estreature
  ☐ 014 - Replevin
  ☐ 024 - Witness Protection
  ☐ 080 - Declaratory Judgment
  ☐ 081 - Injunctive Relief
  ☐ 082 - Equitable Relief
  ☐ 083 - Construction Lien
  ☐ 084 - Petition for Adversary Preliminary Hearing
  ☐ 085 - Civil Forfeiture
  ☐ 086 - Voluntary Binding Arbitration
  ☐ 087 - Personal Injury Protection (PIP)

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order. Yes ☐ No ☐

REMEDIES SOUGHT (check all that apply):

☑ monetary;

☐ non-monetary declaratory or injunctive relief;

☑ punitive

NUMBER OF CAUSES OF ACTION: [    ]

(specify) _____

_____

IS THIS CASE A CLASS ACTION LAWSUIT?

☐ Yes

☑ No

HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?

☑ No

☐ Yes    If "Yes", list all related cases by name, case number, and court.

_____

_____

_____

IS JURY TRIAL DEMANDED IN COMPLAINT?

☑ Yes

☐ No

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief.

Signature _____    Florida Bar # _____

Attorney or party    (Bar # if attorney)

_Joe Nathan Pyett Jr_____    _12-2-19_____

(type or print name)    Date

IN THE COUNTY COURT IN AND
FOR DADE COUNTY, FLORIDA

JOE NATHAN PYATT, JR                          2019-34947-CA-01

  Plaintiff,
vs.

*SHERIFF'S AFFIDAVIT*

FLORIDA INTERNATIONAL UNIVERSITY
POLICE DEPARTMENT,
UNICORPORATED CITY OF MIAMI/MIAMI DADE COUNTY

              Defendant
_____/

COMES NOW, JUAN J. PEREZ, SHERIFF OF MIAMI-DADE COUNTY, FLORIDA,
by and through MELISSA TELLO, COURT SUPPORT SPECIALIST 1,
Governmental Services Bureau, and respectfully shows unto the
Clerk of the above court that the summons issued sometime on or
before DECEMBER 04, 2019, was rejected due to incorrect language
in summons, and was returned to the petitioner and returned via
mail, has been lost/misplaced; that due and diligent search has
been made to find that said WRIT OF POSSESSION cannot be found.


                          JUAN J. PEREZ, SHERIFF

                          MIAMI-DADE COUNTY

                          By: _____
                               Civil Deputy Sheriff
                              MELISSA TELLO, CSS 1


STATE OF FLORIDA)
COUNTY OF DADE)

BEFORE ME, the undersigned authority, personally appeared to me
well known to be the person described in and who executed the
foregoing instrument, and acknowledged that the statement
contained therein are true and correct.

                              Date: DECEMBER 23, 2019

JADA FULTON
Notary Public - State of Florida
Commission # GG 075065
My Comm. Expires Apr 1, 2021
Bonded through National Notary Assn.

                              _____
                                   Notary Public

State of Florida at Large

X Personally known
_____ Produced as identification

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA.
CASE NO: 19-34947CA13

Joe Nathan Pyatt Jr,

Plaintiff,

v.

Florida International University Police Department,

Unincorporated Miami-Dade.

Defendant(s).

_____/

## AMENDED COMPLAINT

COMES NOW, the Plaintiff, JOE NATHAN PYATT JR. ("Plaintiff"), proceeding Pro Se, files

this Complaint against Defendant(s), Florida International University Police Department, Unincorporated

Miami-Dade ("Defendant"), and states as follows:

### JURISDICTION AND VENUE

1. This action seeks damages in excess of $100,000.00, as a result of Defendant's False Arrest against

   Plaintiff in violation of the Florida Civil Rights Act of 1871 42 U.S. Code § 1983 – Civil Action

   for Deprivation of Rights, *et. seq.,* Florida Statutes ("FCRA").

2. The jurisdiction of the Court over this controversy is based upon 28 U.S.C.A. § <u>1343(3)</u> (1948) &

   28 <u>U.S.C.A.</u> § 1331 (1948).

3. Plaintiff was at all times relevant to this action, and continues to be, a resident of Miami- Dade

   County, Florida, within the jurisdiction of this Honorable Court.

4. Plaintiff is an alumnus of Florida International University.

5. Defendant, Florida International University Police Department, having its main place of business

   in Miami-Dade County, Florida, where Plaintiff was arrested.

1

6. Plaintiff alleges causes of action for False Arrest in violation of the FCRA and the Fourteenth Amendment of The Constitution.

7. Venue is proper in Miami-Dade County because all of the actions that form the basis of this Complaint occurred within Miami-Dade County and false arrest took place in Miami-Dade County.

## FACTUAL ALLEGATIONS COMMON TO ALL COUNTS

8. Plaintiff was given a trespass warning in December, 2018 after being found sleeping during open business hours in the FIU green library Sunday morning.

9. Plaintiff was told to return to the FIUPD in January to lift trespass warning.

10. Plaintiff retuned to FIUPD in January 3RD, 2019 and was arrested without probable cause by Police Officer for resisting arrest without violence

11. Plaintiff returned to FIUPD the week after prior arrest and was met by a group of officers whom advised Plaintiff to set up a call with the Chief of Police and left thereafter without incident.

12. Plaintiff Spoke with FIUPD Chief of Police extensively and was assured that if Plaintiff got accepted into the FIU graduate program that the FIUPD Chief of Police would lift the trespass. The Chief of Police directed Plaintiff to follow the same procedure as advised in the trespass warning for policy on how to enter the campus.

13. Plaintiff followed policy by obtaining an escort to be able to enter campus in February, 2019 for the purposes of meeting with FIU business graduate advisor. Plaintiff left without incident.

14. FIU Police Sergeant told Plaintiff not to come back

15. Plaintiff returned to FIUPD in March, 2019 to retrieve property kept from previous arrest and to attend Public Speaking Seminar.

16. Plaintiff was met by agitated FIUPD Sergeant and was told "Didn't I tell you not to come back?".

17. Sergeant wrongly accused Plaintiff by stating "Aren't you suspended? You're not allowed to be on campus. You were involved in a stabbing". Plaintiff was advised by sergeant to take a seat at which point thereafter Plaintiff was arrested again without probable cause.

2

18. Plaintiff was profiled by arresting officer in October, 2016 and charged with Assault with a deadly weapon, Charge 1.

19. Plaintiff and roommate called police to report Donnavin Bulgin in plaintiff's dorm room that led into a physical altercation in the fall of 2016.

20. Plaintiff walked over to University Apartments office to report incident and saw Donnavin Bulgin in the lobby.

21. Plaintiff waited for police to arrive and was detained without being asked any questions.

22. Plaintiff was suspended thereafter for year by Florida International University.

23. Donnavin Bulgin, the alleged victim, attacked another student and ran from Florida International University Police on campus after Plaintiff was arrested and suspended.

24. Plaintiff was working full time at an engineering firm, WSP USA, and was set to graduate in the fall of 2016.

25. Donnavin Bulgin was not living on campus in the fall semester of 2016.

26. Plaintiff has had all charges dropped against him.

## COUNT I

### *False Arrest*

## *IN VIOLATION OF THE FLORIDA CIVIL RIGHTS ACT*

27. Plaintiff re-adopts each and every factual allegation as stated in paragraphs 1-26 of this complaint as if set out in full herein.

28. Defendant violated 42 U.S. Code 1983 – Civil action for deprivation of right which states " Every person who under color of any statue, ordinance, regulation, custom, or usage, of any state or territory causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress.

29. The Defendant acted willfully under the color of law

30. The Defendant intended to confine the plaintiff without the plaintiff's consent and without authority of law.

31. The Defendant's act caused the Plaintiff's confinement in the arrest Charge of 1 & 2.

32. The Plaintiff was aware of his/her own confinement.

33. The Plaintiff was acting under the direct orders of the FIU Police Department with how to proceed in coming to the campus by first entering the FIUPD Front lobby.

34. The Plaintiff entered the FIUPD front lobby to lift the trespass warning as instructed by FIUPD in January 2nd, 2019 and was approached by a police officer after his tone of voice was slightly elevated when speaking with the front receptionist and was approached by an officer and within seconds was arrested for Resisting Arrest Without Violence, Charge 2.

35. The Plaintiff entered the FIUPD front lobby again on March 8th, 2019 following the same protocol in an attempt to retrieve his property and was instructed by the FIUPD Sergeant to sit down then after approximately 15 mins was arrested for disorderly conduct and trespass after warning, Charge 2.

36. The Defendant did not have probable cause to detain and arrest the Plaintiff in Charge 2, the arrest of Resisting Without Violence, and Charge 3, Disorderly Conduct and Trespass After Warning.

4

37. Moreover, as a further result of the Defendant unlawful false arrest conduct, the Plaintiff has been compelled to file this action.

38. The aforementioned actions of Defendant were done wantonly, willfully, maliciously, and with reckless disregard of the consequences of such actions.

## **PRAYER FOR RELIEF**

**WHEREFORE**, the Plaintiff respectfully requests that this Honorable Court enter judgment against the Defendant; find that the Defendant indeed violated the Florida Civil Rights Act, and in addition, order the following additional relief:

A. Declare that the acts complained of herein are in violation of the Florida Civil Rights Act and the Fourteenth Amendment;

B. Award PLAINTIFF compensatory for emotional distress, embarrassment and humiliation;

C. Order DEFENDANT to make PLAINTIFF whole, by compensating PLAINTIFF

D. for lost wages, benefits, and opportunity.

E. Award any other compensation allowed by law including punitive damages (448.104);

F. Grant PLAINTIFF'S $7,700 for each hour Plaintiff was in custody for each arrest;

G. Grant PLAINTIFF a trial by jury; and

H. Grant such other and further relief as the Court deems just and proper.

I. Grant Plaintiff $52,560 for violating state rights per each arrest.

## COUNT II

**False Imprisonment**

*IN VIOLATION OF THE FLORIDA CIVIL*
*RIGHTS ACT*

37. Plaintiff re-adopts each and every factual allegation as stated in 1 through 26 of this complaint as if set out in full herein.

38. Defendant violated 42 U.S. Code 1983 – Civil action for deprivation of right which states " Every person who under color of any statue, ordinance, regulation, custom, or usage, of any state or territory causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress.

39. The Defendant acted willfully under the color of law

40. The detention was without consent by the Defendants; and

41. The detention was unlawful.

42. Plaintiff was falsely imprisoned in 2019 for all arrest.


## PRAYER FOR RELIEF

**WHEREFORE,** the Plaintiff respectfully requests that this Honorable Court enter judgment against the Defendant; find that the Defendant indeed violated the Civil Rights Act, and in addition, order the following additional relief:

J.   Declare that the acts complained of herein are in violation of the Florida Civil Rights Act;

K.   Award PLAINTIFF compensatory for emotional distress, embarrassment and humiliation;

L.   for lost benefits, opportunity and career lost.

M.   Award any other compensation allowed by law including punitive damages (448.104);

N.   Grant PLAINTIFF'S $7,700 for each hour Plaintiff was in custody for each arrest in 2019;

6

O.  Grant PLAINTIFF a trial by jury; and

P.  Grant such other and further relief as the Court deems just and proper.

Q.  Award any other compensation allowed by law including punitive damages

R.  Grant PLAINTIFF'S costs of this action, including reasonable attorney's fees;

S.  Grant PLAINTIFF a trial by jury; and

T.  Grant such other and further relief as the Court deems just and proper.

## COUNT III

### Malicious Prosecution

#### *IN VIOLATION OF THE FLORIDA CIVIL RIGHTS ACT*

31. Plaintiff re-adopts each and every factual allegation as stated in 1 through 26 of this complaint as if set out in full herein.

32. Plaintiff was targeted by officers because of incidents that have occurred in 2016.

33. The actions unlawfully committed by the Defendant in 2019 was the continuation of an original criminal judicial proceeding from 2016.

34. This is a legal causation by the present Defendant against the Plaintiff who was the Defendant in the original proceeding.

35. The bona fide termination of all charges were dropped in favor of the Plaintiff.

36. There was an absence of probable cause for such proceedings against the Plaintiff.

37. The Police officers had malice towards the Plaintiff that originated from the original arrest of 2016.

38. The Plaintiff has suffered extreme trauma from the ordeal as well as a permanent tarnished reputation in his respective field of civil engineering.

**PRAYER FOR RELIEF**

**WHEREFORE**, the Plaintiff respectfully requests that this Honorable Court enter judgment against the Defendant; find that the Defendant indeed violated the Civil Rights Act, and in addition, order the following additional relief:

P.  Declare that the acts complained of herein are in violation of the Florida Civil Rights Act;

Q.  Award PLAINTIFF compensatory for emotional distress, embarrassment and humiliation;

R.  Grant $100,000 to the Plaintiff.

S.  Award any other compensation allowed by law including punitive damages (448.104);

**COUNT IV**

**Negligence**

*IN VIOLATION OF THE FLORIDA CIVIL*

*RIGHTS ACT*

43. Plaintiff re-adopts each and every factual allegation as stated in 1 through 26 of this complaint as if set out in full herein.

44. Plaintiff was neglected by arresting officer in 2016 by not being asked any questions which violated FIUPD protocol.

45. The Plaintiff was again neglected by the proper authority by the inaction of checking the FIU Green Library 1st floor lobby which led to locking him inside without his knowing.

46. The Defendant owed a legal duty to the plaintiff under the circumstances of not allowing anyone to be inside the FIU Green Library after hours.

47. The defendant breached that legal duty by acting or failing to act in a certain way which led to the Plaintiff receiving a trespass warning.

48. It was the defendant's actions (or inaction) that actually caused the plaintiff's injury. That is, the series of events that would unfold as a result of the Plaintiff trying to lift the trespass warning as instructed by the FIUPD.

49. The Plaintiff was harmed or injured as a result of the Defendant's actions.

## PRAYER FOR RELIEF

**WHEREFORE**, the Plaintiff respectfully requests that this Honorable Court enter judgment against the Defendant; find that the Defendant indeed violated the Civil Rights Act, and in addition, order the following additional relief:

T.  Declare that the acts complained of herein are in violation of FIU's own policy;

U.  Award PLAINTIFF compensatory for emotional distress, embarrassment and humiliation

V.  Grant PLAINTIFF a trial by jury; and

W.  Grant such other and further relief as the Court deems just and proper.

X.  Grant Plaintiff $5,000 for violating police protocol when arresting American citizen.

Y.  Grant Plaintiff $10,000 for the negligence of the police officers' action in 2016 that led to arrest.

## **JURY DEMAND**

Plaintiff demands trial by jury of all issues triable as of right by jury.

Dated _1 - 14 - 20_

Respectfully submitted,

Joe Nathan Pyatt Jr

820 85th st apt 4 Miami Beach,
Fl 331411
Jpyat001@fiu.edu
Telephone: (786) 465-7242

10



# Miami-Dade Police Department

## Court Services Section

**Juan J. Perez**
*Director / Metropolitan Sheriff*



| | |
|---|---|
| JOE NATHAN PYATT, Jr. vs FLORIDA  INTERNATIONAL UNIVERSITY POLICE DEPARTMENT et al | **Case Number**<br>2019-034947-CA-01 |

## RETURN OF SERVICE

SUMMONS - CIVIL

| 1/6/20   3:38 pm | No Service - Other | UNSERVED (SMRN) | UNINCORPORATED CITY OF MIAMI /MIAMI DADE COUNTY |
|---|---|---|---|

01/02/2020    Came this day into hand of the Sheriff

01/06/2020    03:38 PM - THE SUMMONS WAS NOT SERVED TO UNINCORPORATED CITY OF MIAMI /MIAMI DADE COUNTY AT 111 NW 1ST STREET, MIAMI, FL 33128

UNABLE TO SERVE, SUMMONS NEED TO BE FOR ONE POLICE DEPARTMENT ENTETY. EITHER: CITY OF MIAMI, MIAMI DADE POLICE DEPT, OR FLORIDA INTERNATIONAL POLICE DEPT. ONLY ONE DEFENDANT CAN BE SERVED PER SUMMONS. ONE WILL BE ACCEPTED WITH 3 DIFFERENT ENTITIES. UNABLE READ HANDWRITING FOR CONTACT NUMBER TRIED CALLING 3052448703, 3052448705, 3052448903, 3052448905, NO SUCH PERSON AT ANY OF THESE NUMBERS. TRIED CALLING SEVERAL TIMES 7864567242 NO ANSWER

MARLENE BARREIRO, CSS1, #6988

JOE NATHAN PYATT, JR
820 85TH ST APT 4
MIAMI BEACH, FL 33141



# Miami-Dade Police Department

## Court Services Section

**Juan J. Perez**
*Director / Metropolitan Sheriff*



| | |
|---|---|
| JOE NATHAN PYATT, Jr. vs FLORIDA INTERNATIONAL UNIVERSITY POLICE DEPARTMENT et al | **Case Number** 2019-034947-CA-01 |

## RETURN OF SERVICE

### SUMMONS - CIVIL

| 1/9/20  7:11 pm | Served - Authorized to Accept | SERVED (SVRT) | FLORIDA INTERNATIONAL UNIVERSITY POLICE DEPARTMENT |
|---|---|---|---|

01/02/2020    Came this day into hand of the Sheriff

01/09/2020    07:11 PM - SERVED THE SUMMONS BY HANDING A COPY TO GRETCHEN GARATE - DISPATCHER, WHO WAS AUTHORIZED TO ACCEPT FOR FLORIDA INTERNATIONAL UNIVERSITY POLICE DEPARTMENT AT 11200 SW 8 STREET, MIAMI, FL 33139. SERVICE AFFECTED BY: CSS1 MAYRA RODRIGUEZ #8233, DEPUTY SHERIFF OF MIAMI-DADE COUNTY, FL.

*Mayra C Rodriguez*

MAYRA RODRIGUEZ, CSS1, #8233

FILED FOR RECORD
2020 JAN 16  AM 8: 38
CLERK, CIRCUIT C & COUNTY COUR
DADE COUNTY, FLA.
CIVIL # 131


**JOE NATHAN PYATT, JR**
**820 85TH ST APT 4**
**MIAMI BEACH, FL 33141**

☑ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.
☐ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.

| DIVISION | CIVIL ACTION SUMMONS (b) Form for Personal Service on a Natural Person | CASE NUMBER |
|---|---|---|
| ☑ CIVIL<br>☐ DISTRICTS<br>☐ OTHER | | 2019-034947-CA-01 |

| PLAINTIFF(S) | VS.  DEFENDANT(S) | CLOCK IN |
|---|---|---|
| Joe Nathan Pyatt Jr. | Florida International University Police Department Unincorporated City of Miami/ Miami-Dade County | |

THE STATE OF FLORIDA: TO EACH SHERIFF OF THE STATE, YOU ARE COMMANDED to serve this Summons and a copy of the Complaint in this lawsuit on defendant:

| To Defendant(s): FIU | Address: 11200 SW 8th St Miami, FL 33179 |
|---|---|

**IMPORTANT**

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response with the Clerk of the Court, you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below. The central location of the Clerk's office is at the Dade County Courthouse. The address for the courthouse, and branch locations are listed below for your convenience.

**DADE COUNTY COURT LOCATIONS**

| | | | |
|---|---|---|---|
| ☑ Dade County Courthouse (05)<br>Room 133<br>73 West Flagler Street<br>Miami, Florida 33130 | ☐ Joseph Caleb Center (20)<br>Room 103<br>5400 NW 22 Avenue<br>Miami, Florida 33142 | ☐ North Dade Justice Center (23)<br>Room 100<br>15555 Biscayne Blvd.<br>North Miami Beach, Florida 33160 | **SERVICE** |
| ☐ Miami Beach District Court (24)<br>Room 200<br>1130 Washington Avenue<br>Miami Beach, Florida 33139 | ☐ Coral Gables District Court (25)<br>Room 100<br>3100 Ponce De Leon Blvd.<br>Coral Gables, Florida 33134 | ☐ South Dade Justice Center (26)<br>Room 1200<br>10710 SW 211 Street<br>Miami, Florida 33189 | |
| ☐ Hialeah District (21)<br>Room 100<br>11 East 6th Street<br>Hialeah, Florida 33010 | | | |

| Plaintiff/Plaintiff Attorney<br>Joe Nathan Pyatt Jr<br>Florida Bar No. | Address: 800 85th St Apt Miami Beach, FL 33141 | |
|---|---|---|
| **HARVEY RUVIN<br>CLERK OF COURTS** | BY: _____<br>DEPUTY CLERK | DATE ON:<br>JAN 02 2020 |

**AMERICANS WITH DISABILITIES ACT OF 1990**
**ADA NOTICE**
**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2702, Miami, FL 33128, Telephone (305) 349-7175; TDD (305) 349-7174, Fax (305) 349-7355 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."**

CLK/CT. 070 Rev. 11/11

Clerk's web address: www.miami-dadeclerk.com

☐ EN LA CORTE DE CIRCUITO DEL UNDECIMO CIRCUITO JUDICIAL EN Y PARA EL CONDADO DE MIAMI-DADE, LA FLORIDA.

☐ EN EL TRIBUNAL DEL CONDADO EN Y PARA EL CONDADO MIAMI-DADE, LA FLORIDA.

| DIVISION<br>☐ CIVIL<br>☐ OTRA | EMPLAZAMIENTO DE ACCION CIVIL<br>(b) NOTIFICACION PERSONAL A PERSONA NATURAL | NUMERO DE CASO |
|---|---|---|
| DEMANDANTE(S) | VS.  DEMANDADO(S) | HORA |
| A Demandado(s): | Direccion: | |

### IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal (Legal Aid Office) o un servicio de referencia de abogados (Attorney Referral Service) que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar en la mano una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante) y presentar su contestacion a la demanda al Secretario del Juzgado. La ubicacion central de la Oficina del Secretario esta en el edificio de la Corte del Condado de Dade. La direccion de la Corte, y de las sucursales aparecen en la lista siguiente para su conveniencia:

### LOCALIDAD DE LOS TRIBUNALES DEL CONDADO DE DADE

☐ Dade County Courthouse (05)
Room 133
73 West Flagler Street
Miami, Florida 33130

☐ Joseph Caleb Center (20)
Room 103
5400 NW 22 Avenue
Miami, Florida 33142

☐ North Dade Justice Center (23)
Room 100
15555 Biscayne Blvd.
North Miami Beach, Florida 33160

☐ Hialeah District (21)
Room 100
11 East 6th Street
Hialeah, Florida 33010

☐ Miami Beach District Court (24)
Room 200
1130 Washington Avenue
Miami Beach, Florida 33139

☐ Coral Gables District Court (25)
Room 100
3100 Ponce De Leon Blvd.
Coral Gables, Florida 33134

☐ South Dade Justice Center (26)
Room 1200
10710 SW 211 Street
Miami, Florida 33169

| Demandante o Abogado del Demandante | Direccion: |
|---|---|
| Numero del Colegio de Abogados: | |

EL ESTADO DE LA FLORIDA: A cada alguacil del Estado: Se le ordena que hagan entrega de esta notificacion y una copia de la demanda en este pleito al demandado(s) mencionada arriba.

| HARVEY RUVIN<br>Secretario del Tribunal del<br>Condado | POR: _____<br>Como Secretario Adjunto |
|---|---|

### Ley para Estadounidenses con Incapacidades

"Si usted es una persona minusválida que necesita hacer arreglos para poder particip en este proceso, usted tiene derecho, sin gasto alguno, a que se le provea cierta ayuda. Por favor póngase  en contacto con el Coordinador de ADA en el Onceavo Distrito Judicial  ubicado en el Lawson E. Thomas Courthouse Center, 175 NW 1st Ave, Sala 2702, Miami Fl 33128, Teléfonos (305)349-7175; TDD (305) 349-7174, Fax (305) 349-7355 por lo menos 7   días antes de la cita fijada para su comparecencia en los tribunales; o inmediatamente  después  de  recibir  esta  notificación  si  el  tiempo  antes  de  la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711."

Clerk's web address: www.m    clerk.com

IN THE CIRCUIT/COUNTY COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

| DIVISION | APPLICATION FOR DETERMINATION OF CIVIL INDIGENT STATUS | CASE NUMBER |
|---|---|---|
| CIVIL | | 19-34947CA13 |

Joe Nathan Pyatt Jr
Plaintiff/Petitioner or in the Interest Of
vs.
Florida International Univ. Police Dep / City of Miami
Defendant/Respondent

Notice to Applicant: If you qualify for Civil Indigence you must enroll in the Clerk's Office payment plan and pay a one-time administrative fee of $25.00. This fee shall not be charged for Dependency or Chapter 39 Termination of Parental Rights actions.

1. I have **0** dependents. (Include only those persons you list on your U.S. income tax return.) Are you married? ☐ Yes ☐ No
   Does your Spouse Work? ☐ Yes ☐ No  Annual Spouse Income? $ _____

2. I have a net income of $ **0** paid ☐ weekly ☐ bi-weekly ☐ semi-monthly ☐ monthly ☐ yearly ☐ Other _____
   (Net income is your total income including salary, wages, bonuses, commissions, allowances, overtime, tips and similar payments, minus deductions required by law and other court ordered payments, such as child support.)

3. I have other income paid ☐ weekly ☐ bi-weekly ☐ semi-monthly ☐ monthly ☐ yearly ☐ Other (Circle "Yes" and fill in the amount if you have this kind of income, otherwise circle "No")

| | | | | | |
|---|---|---|---|---|---|
| Second Jobs | Yes $ 0 No | Veterans' Benefit | Yes $ 0 No | Other kinds of income not on the list | Yes $ 0 No |
| Social Security Benefits | | Workers' Compensation | Yes $ 0 No | Gifts | Yes $ 0 No |
| For you | Yes $ 0 No | Income from absent family member's | Yes $ 0 No | Trusts | Yes $ 0 No |
| For child(ren) | Yes $ 0 No | | | | |
| Unemployment Compensation | Yes $ 0 No | Stock/Bonds | Yes $ 0 No | | |
| Union Payments | Yes $ 0 No | Rental Income | Yes $ 0 No | | |
| Retirement/Pensions | Yes $ 0 No | Dividends or Interest | Yes $ 0 No | | |

I understand that I will be required to make payments for fees and costs to the clerk in accordance with s. 57.082(5), Florida Statutes, as provided by law, although I may agree to pay more if I choose to do so.

4. I have other assets: (Circle "yes" and fill in the value of the property, otherwise circle "No")

| | | | |
|---|---|---|---|
| Cash | Yes $ 20 No | Savings Account | Yes $ 0 No |
| Bank Account(s) | Yes $ 0 No | Stocks/Bonds | Yes $ 0 No |
| Certificates of Deposit or Money Market Accounts | Yes $ 0 No | Homestead Real Property* | Yes $ 0 No |
| Boats* | Yes $ 0 No | Motor Vehicle* | Yes $ 0 No |
| | | Non-Homestead Real Property/Real Estate* | Yes $ 0 No |

\* Show loans on these assets in paragraph 5.

Check one! ☐ DO or ☑ DO NOT expects to receive more assets in the near future. The assets are/is

5. My total liabilities and debts are as follows:
   Motor Vehicle $ **0**, Home $ **0**, Other Real Property $ **0**, Child Support (paid directly) $ **0**
   Credit Cards $ **0**, Medical Bills $ **0**, Cost of Medicines (monthly) $ **0**, Other $ **70,000**

6. I have a private lawyer in this case ☐ Yes ☑ No

A person who knowingly provides false information to the Clerk or the Court in seeking a determination of indigent status under s. 57.082, F.S., commits a misdemeanor of the first degree, punishable as provided in s. 775.082, F.S. or 775.083, F.S. I attest that the information I have provided on this application is true and accurate to the best of my knowledge.

Signed this _____ day of **December**, 20 **19**

Signature of Applicant for Indigent Status

Date of Birth **12-14-88**

Print Full Legal Name: **Joe Nathan Pyatt Jr**

Driver's license or ID number **P300-434-88-134-0**

Address: **800 85th St Apt 4**

City, State, Zip Code: **Miami Beach, FL, 33141**

Phone Number: **(205) 244-6703**

## CLERK'S DETERMINATION

Based on the information in this Application, I have determined the applicant to be ☑ Indigent ☐ Not Indigent, according to s. 57.082, F.S.
_____ day of **DEC 02 2019**, 20 _____

Clerk of the Circuit Court

This form was completed with the assistance of: _____
Clerk/Deputy Clerk/Other authorized person

APPLICANTS FOUND NOT TO BE INDIGENT MAY SEEK REVIEW BY A JUDGE BY ASKING FOR A HEARING TIME.
THERE IS NO FEE FOR THIS REVIEW.
Sign here if you want the Judge to review the clerk's decision of not Indigent. _____

CLK/CT. 480 Created 10/16

## IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.

### CASE NO: 19-34947CA13

Joe Nathan Pyatt Jr,

Plaintiff,

v.

Florida International University Police Department,

Unincorporated Miami-Dade

Defendant(s).

_____/

## MOTION FOR DEFAULT JUDGEMENT

This action comes in response to the Defendant, Florida International University Police Department ("FIUPD"), not responding to the complaint filed with the courts on December, 2019. The Defendant, FIUPD, was served January 9th, 2020 via sheriff to Gretchen Garate, Dispatcher, who was authorized to accept for the Defendant. The Court may enter a default judgement against FIUPD for failing to respond within the allotted time given by the Florida Rules of Civil Procedures. When a party against whom affirmative relief is sought has failed to plead or otherwise defend as provided by these rules or any applicable statute or any order of court, the court may enter a default against such party; provided that if such party has filed or served any document in the action, that party must be served with notice of the application for default. Fl. R. Civ. P 1.5. Unless a different time is prescribed in a statute of Florida, a defendant must serve an answer within 20 days after service of original process and the initial pleading on the defendant, or not later than the date fixed in a notice by publication. A party served with a pleading stating a crossclaim against that party must serve an answer to it within 20 days after service on that party. The plaintiff must serve an answer to a counterclaim within 20 days after service of the counterclaim. If a reply is required, the reply must be served within 20 days after service of the answer. Fl. R. Civ. P. 1.14.

1

To conclude, the Plaintiff request relief to move the Court and issue a default judgement against the Defendant, FIUPD, and grant the Plaintiff the damages sought in the complaint that was filed.

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that on this **3rd** day of February 2020, this Response was emailed to:

Florida International University

Generalcounsel@fiu.edu

(305) 348-2103

Respectfully Submitted,

Joe Nathan Pyatt Jr.

Pro Se Litigator

Joe.nathan.pyattjr@gmail.com

(786) 864-6971

2



# Miami-Dade Police Department

## Court Services Section

**Juan J. Perez**
*Director / Metropolitan Sheriff*



| JOE NATHAN PYATT, Jr. vs FLORIDA INTERNATIONAL UNIVERSITY POLICE DEPARTMENT et al | **Case Number** 2019-034947-CA-01 |
|---|---|

## RETURN OF SERVICE

### SUMMONS - CIVIL

| 1/9/20  7:11 pm | Served - Authorized to Accept | SERVED (SVRT) | FLORIDA INTERNATIONAL UNIVERSITY POLICE DEPARTMENT |
|---|---|---|---|

01/02/2020    Came this day into hand of the Sheriff

01/09/2020    07:11 PM - SERVED THE SUMMONS BY HANDING A COPY TO GRETCHEN GARATE - DISPATCHER, WHO WAS AUTHORIZED TO ACCEPT FOR FLORIDA INTERNATIONAL UNIVERSITY POLICE DEPARTMENT AT 11200 SW 8 STREET, MIAMI, FL 33139. SERVICE AFFECTED BY: CSS1 MAYRA RODRIGUEZ #8233, DEPUTY SHERIFF OF MIAMI-DADE COUNTY, FL.

MAYRA RODRIGUEZ, CSS1, #8233

JOE NATHAN PYATT, JR
820 85TH ST APT 4
MIAMI BEACH, FL 33141

8295                                   Page 1 of 1                                   1038342177